```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
CHESLEY MCLAREN,                     :
                                     :
          Plaintiff,                 :
                                     :
     -v-                              :      10 Civ. 2481 (JSR)
                                     :
CHICO'S FAS, INC.,                   :      ORDER
                                     :
          Defendant.                 :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    Plaintiff Chesley McLaren, a New York-based commercial illustrator and designer, brings this action against Chico's FAS, Inc. ("Chico's"), a retailer of women's clothes, alleging that Chico's displayed mannequins that infringed certain of McLaren's copyrighted designs, which she had licensed to a manufacturer named Pucci International, Inc. in order to make mannequins based on her designs and sell them to high-end retailers. On July 9, 2010, Chico's moved to dismiss McLaren's complaint in its entirety on the basis that her copyright registration is invalid. The Court received full briefing on this motion and heard oral argument on August 5, 2010. After careful consideration, the Court hereby grants the motion and dismisses the complaint, in its entirety, with prejudice. An opinion setting forth the reasons for this ruling will follow in due course, and final judgment will not be entered until the issuance of that opinion.

    The Clerk of the Court is directed to close document number 22 on the docket of this case.

    SO ORDERED.

Dated: New York, NY
       September 23, 2010

_____
JED S. RAKOFF, U.S.D.J.